COUNTY OF BERGEN, PLAINTIFF-RESPONDENT, v. CITY
OF HACKENSACK, DEFENDANT-PETITIONER.

See same case below: *County of Bergen v. S. Goldberg &
Co., 76 N. J. Super. 524.*

*Mr. George A. Brown* and *Mr. Donald W. DeCordova* for
the petitioner.

*Mr. Milton T. Lasher* for the respondent.

January 15, 1963.   Granted.

IN THE MATTER OF THE APPLICATION FOR A WRIT OF
*HABEAS CORPUS* OF VINCENT J. RAPISARDI.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. H. Douglas Stine* and *Mr. George Perselay* for the
respondent.

January 15, 1963.   Denied.